SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202
Facsimile (212) 422-0925
Attorneys for Defendant
AP&M Field Services, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| In re<br>CALPINE CORPORATION, et al.,<br>Debtors. | Chapter 11<br>Case No. 05-60200 (BRL)<br>(Jointly Administered) |

-----------------------------------------------------------------X

| | |
|---|---|
| CALPINE EASTERN CORPORATION,<br>Plaintiff,<br>-v-<br>AP&M FIELD SERVICES, INC.,<br>Defendants. | Adversary Case No.<br>07-03033 (BRL)<br>**7.1 DISCLOSURE STATEMENT** |

-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, as counsel of record for defendant, AP&M FIELD SERVICES, INC., certifies to the following:

AP&M FIELD SERVICES, INC. is a wholly owned subsidiary of Aviation Power & Marine, Inc., which is a privately held corporation in which no parent corporation or publicly held corporation owns 10% or more of its stock.

## CERTIFICATE OF SERVICE

I, Scott Haworth, hereby certify and affirm that a true and correct copy of the attached **7.1 Disclosure Statement** was served via Federal Express Overnight Mail on this 8th day of November, 2007, upon the following:

Richard M. Cieri (RC 6062)
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
**FedEx Tracking No.: 7926 9492 2544**

_____
SCOTT L. HAWORTH (SLH-5890)

Dated: New York, New York
November 8, 2007

Case No.: 05-60200 (BRL) (Jointly Administered)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re

CALPINE CORPORATION, et al.,

Debtors.

CALPINE EASTERN CORPORATION,

Plaintiff,

- against -

AP&M FIELD SERVICES, INC.,

Defendant.

## 7.1 DISCLOSURE STATEMENT

SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant AP&M FIELD SERVICES, INC.

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004
Tel. (212) 422-0202

To

Attorney(s) for Plaintiff

Service of a copy of the within

Dated,                                  is hereby admitted.

Attorney(s) for

---

NOTICE OF ENTRY

Sir:-Please take notice that the within is a *(certified)* true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.,
SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004

To

Attorneys for

---

NOTICE OF SETTLEMENT

Sir:-Please take notice that an order of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on

at

Dated,

Yours, etc.,
SEDGWICK, DETERT, MORAN & ARNOLD LLP
*Attorney(s) for* Defendant

*Offices and Post Office Address*
125 BROAD STREET
NEW YORK, N.Y. 10004

To

Attorney(s) for

NY/513757v1