UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CALPINE EASTERN CORPORATION,

                    Plaintiff,

-v-

AP&M FIELD SERVICES, INC.,

                    Defendant.

------------------------------------------------------------------X

Docket No.: 1:07-cv-09911 (GEL)

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant, AP&M FIELD SERVICES, INC.,

I certify that I am admitted to practice in this court.

Dated: New York, New York
November 15, 2007

                    Yours, etc.,

                    Alan R. Levy (AL 0722)
                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
                    125 Broad Street, 39th Floor
                    New York, New York 10004-2400
                    Telephone: (212) 422-0202
                    Facsimile: (212) 422-0925
                    Attorneys for Defendant
                    AP&M Field Services, Inc.

TO: Richard M. Cieri (RC 6062)
     KIRKLAND AND ELLIS, LLP
     Citigroup Center
     153 East 53rd Street
     New York, New York 10022-4611

NY/514265v1

## CERTIFICATE OF SERVICE

I, Alan R. Levy, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via regular mail on this 15th day of November, 2007, upon the following:

>Richard M. Cieri, Esq.
>KIRKLAND AND ELLIS, LLP
>Citigroup Center
>153 East 53rd Street
>New York, New York 10022-4611

_____
ALAN R. LEVY (AL-0072)

Dated: New York, New York
       November 15, 2007

NY/514265v1