USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re

CALPINE CORPORATION, et al.,

                                        Debtors.

------------------------------------------------------------X

CALPINE EASTERN CORPORATION,

                                        Plaintiff,

            -v-

AP&M FIELD SERVICES, INC.,

                                        Defendant.

------------------------------------------------------------X

Chapter 11

Case No. 05-60200 (BRL)
(Jointly Administered)

Adversary Case No.
07-03033 (BRL)

District Court Docket No.:
1:07-cv-09911 (GEL)

**STIPULATION TO
WITHDRAW
REFERENCE**

THIS MATTER having come before the Court upon consent of all parties as indicated by the signatures of their respective counsel herein below, and based upon such consents, and for good cause shown;

IT IS on this 28th day of November, 2007,

ORDERED that Plaintiff does not oppose Defendant, AP&M Field Services, Inc.'s Motion to Withdraw Reference, and;

IT IS FURTHER ORDERED that the parties have agreed to stipulate that Reference shall be Withdrawn from Adversary Case No. 07-03033, and the matter shall be heard under the jurisdiction of the United States District Court for the Southern District of New York: Docket No. 1:07-cv-09911.

_____
U.S.D.J.

Richard M. Cieri (RC 6062)
Gregory Heyman (GH 4399)
Carl D. LeSueur (CL 0315)
KIRKLAND AND ELLIS, LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4676
Facsimile:  (212) 446-4900
Attorneys for Plaintiff

By: _____
          Carl D. LeSueur (CL 0315)

Dated:  November 26 2007

SCOTT L. HAWORTH (SH-5890)
ALAN R. LEVY (AL-0722)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendant
AP&M Field Services, Inc.

By: _____
          Scott L. Haworth (SH-5890)

Dated:  November 26, 2007