UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Calpine Eastern Corporation,<br><br>      Plaintiff,<br><br>- against -<br><br>AP&M Field Services, Inc.,<br><br>      Defendant. | Case No.: 1:07-CV-09911 (GEL)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff Calpine Eastern Corporation.

I certify that I am admitted to practice in this court.

Dated: December 18, 2007

/s/ *Carl D. LeSueur*

Carl D. LeSueur (CL 0315)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for Plaintiff*