UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CALPINE EASTERN CORPORATION,

                                  Plaintiff,

    -v-

AP&M FIELD SERVICES, INC.,

                                  Defendant.
-------------------------------------------------------------X

Index No. 1:07-cv-09911 (GEL)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of AP&M Field Services, Inc.,

    I certify that I am admitted to practice in this court.

Dated:   New York, New York
             April 2, 2008

                                    Yours, etc.,

                                    *(signature)*

                                    Barry L. Gerstman (BLG-3691)
                                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                    125 Broad Street, 39th Floor
                                    New York, New York 10004-2400
                                    Telephone: (212) 422-0202
                                    Facsimile: (212) 422-0925
                                    Attorneys for Defendant
                                    AP&M Field Services, Inc.

TO:

Richard M. Cieri (RC 6062)
Matthew Solum
Gregory T. Heyman
Carl D. LeSeur
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

NY/523085v1

## CERTIFICATE OF SERVICE

I, **Barry L. Gerstman**, hereby certify and affirm that a true and correct copy of the attached **Notice of Appearance** was served via regular mail on this 2nd day of April, 2008, upon the following:

> Richard M. Cieri (RC-6062)
> Matthew Solum
> Gregory T. Heyman
> Carl D. LeSeur
> Kirkland & Ellis LLP
> Citigroup Center
> 153 East 53rd Street
> New York, New York 10022-4611

Barry L. Gerstman (BLG-3691)

Dated: New York, New York
April 2, 2008

NY/523085v1