

# SEDGWICK
**DETERT, MORAN & ARNOLD** LLP

125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel: 212.422.0202  Fax: 212.422.0925

www.sdma.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

April 2, 2008

**VIA HAND DELIVERY**
The Honorable Gerard E. Lynch, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007



RECEIVED
APR 3 2008
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

Re:   *Calpine v. AP&M Field Services*
      Civil Action No.: 07-cv-09911 (GEL)
      Our File No.: 3057-126822

Dear Judge Lynch:

This office represents defendant AP&M Field Services, Inc. ("AP&M") in the above referenced matter. Pursuant to ECF rules, please be advised that Alan R. Levy, an attorney listed for e-mail notification on behalf of AP&M, is no longer assigned to this matter. We accordingly request that Your Honor grant the Clerk of Court permission to remove the above referenced attorney from the notification list.

Thank you for your time and consideration.

Very truly yours,

Scott L. Haworth (SH 5890)
Sedgwick, Detert, Moran & Arnold LLP

So Ordered: _____
            4/3/08

SLH/ab

NY/523093v1

Austin • Bermuda* • Chicago • Dallas • Houston • London • Los Angeles • New York • Newark • Orange County • Paris • San Francisco • Zurich

*Affiliated office.