UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CALPINE CORPORATION

            Plaintiff,

   -against-

AP&M FIELD SERVICES, INC.,

           Defendant.

------------------------------------------------------------x

07 Civ. 9911 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

GERARD E. LYNCH, District Judge:

    The Court having reviewed defendant's submissions dated August 7, 2008 and August 14, 2008, requesting a stay of discovery pending briefing and resolution of a spoliation motion, and having also reviewed plaintiff's submission dated August 13, 2008, opposing a stay of discovery, it is hereby ORDERED:

1.    Defendant may submit a spoliation motion, but defendant's application to stay discovery pending briefing and resolution of any such motion is denied.

2.    The parties shall confer and submit to the Court a stipulation and proposed order outlining the parties' agreed-upon briefing schedule.

SO ORDERED.

Dated: New York, New York
       August 26, 2008

                                                      GERARD E. LYNCH
                                                     United States District Judge